Order issued January 3, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01700-CV

## IN RE ZOE MICHELLE JACKMAN, Relator

**Original Proceeding from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF07-10155-S**

# ORDER

Before Justices O'Neill, Francis, and Murphy

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

We **ORDER** that relator bear the costs of this original proceeding.

MICHAEL J. O'NEILL
JUSTICE